IN THE MATTER OF LILLIAN CLAWANS.

See same case below: 69 *N. J. Super.* 373.

*Miss Lillian Clawans, pro se,* and *Mr. Raymond F. Brady* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. Sanford M. Jaffe* for the respondent.

January 15, 1962. Denied.

JOHN J. WARD, PLAINTIFF-PETITIONER, v. BOARD OF FIRE COMMISSIONERS OF THE CITY OF ELIZABETH, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Saul Neivert* for the petitioner.

*Mr. John L. Ard* for the respondent.

January 15, 1962. Denied.